NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

MARK ANTHONY SAWYER and JENNIFER ANN SAWYER ,
Debtor(s)

BK–26–12677–abl
CHAPTER 7

Adversary Proceeding: 26–01066–abl

SONIA FELDMAN, et al,
Plaintiff,

vs

MARK ANTHONY SAWYER
JENNIFER ANN SAWYER, et al,
Defendants.

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date: September 22, 2026
Hearing Time: 10:00 AM

I, KATHLEEN BRATTON, certify that I am at least 18 years old and not a party to the matter concerning
(name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on May 14, 2026.
(date)

by:

- [x] Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
  **Zachariah Larson-Larson and Zirzow, LLC - 850 E. Bonneville Avenue, Las Vegas, NV 89101**
  **Jennifer Ann Sawyer - 6940 N. Jensen Street, Las Vegas, Nevada 89149-1365**
  **Mark Anthony Sawyer - 6940 N. Jensen Street, Las Vegas, Nevada 89149-1365**

- [ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: (Describe briefly)

- [ ] State Law: The defendant was served pursuant to the laws of the State of ________________, as follows: (Describe briefly) (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: MAY 14, 2026

Signature: Kathleen Bratton

Print Name: Kathleen Bratton (for Law Office of Hayes & Welsh)

Business Address: 199 North Arroyo Grande Blvd, Suite 200

City: Henderson State: Nevada Zip: 89074